17ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFOURCHE
STATE OF LOUISIANA

NO. 115280  DIVISION " "

STATE OF LOUISIANA

VERSUS

BP EXPLORATION & PRODUCTION, INC., BP, P.L.C.,
BP PRODUCTS NORTH AMERICA, INC. and BP AMERICA, INC.

FILED: _____    _____
DEPUTY CLERK

PETITION FOR DAMAGES AND PENALTIES    DIVISION G

NOW INTO COURT, through undersigned counsel, comes the State of Louisiana, by and through, Camille A. "Cam" Morvant II, District Attorney for the Parish of Lafourche of Louisiana, on behalf of the State of Louisiana, and alleges as follows:

1.

Made Defendants herein are:

A. BP EXPLORATION & PRODUCTION, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process, CT Corporation System, 5615 corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808;

B. BP, P.L.C., a foreign corporation organized under the laws of the United Kingdom and doing business in the State of Louisiana, with its principal place of business and registered office at 1 St. James Square, LondonAW1Y 4PD, United Kingdom; Service will be made pursuant to the provisions of the Hague Convention.

C. BP PRODUCTS NORTH AMERICA, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process, The Prentice-Hall Corporation system, Inc., 320 Somerulos Street, Baton Rouge, Louisiana, 70802-6129; and

D. BP AMERICA, INC., foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process CT Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808.

## JURISDICTION AND VENUE

2.

Within the Parish of Lafourche, State of Louisiana, the Defendants have killed and/or injured fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of Title 56 (hereinafter referred to as "Title") of the Louisiana Revised Statutes.

3.

This Court has jurisdiction over suits for violation of the Title pursuant to La.R.S. 56:45; La.R.S. 56:47, and La.R.S. 56:48.

4.

Venue for prosecution of this action in this district is proper under La. R.S. 56:40.5 which provides that a suit for recovery of civil penalties brought under La. R.S. 56:40.1, et seq., may be brought in the parish in which the violation occurred.

5.

The district attorney of the parish in which the violation occurred, in this case, the Parish of Lafourche, State of Louisiana, may bring a civil suit under La. R.S. 56:40.1, et seq., in the name of the state to recover civil penalties for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life unlawfully killed, caught, taken, possessed, or injured. La. R.S. 56:40.4.

## FACTUAL ALLEGATIONS

6.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH AMERICA, INC., and /or BP AMERICA, INC., were the owners of the MMS Mineral Lease G32306 (hereinafter sometimes referred to as the "Lease"), and the minerals produced from the "Lease".

7.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC. was the operator of the Lease.

8.

On April 20, 2010, a fire, explosion and resulting spill of oil and other minerals, contaminants and/or pollution including disbursements not yet identified occurred at the site of the Deep Water Horizon rig operated on the Lease, in the Gulf of Mexico, located approximately 52 miles southeast of the Port of Venice, Louisiana (hereinafter sometimes referred to as the "oil spill").

The spill continues until today at a rate not yet determined, which reportedly exceeds of 20,000 barrels or 840,000gallons per day.

9.

The oil spill remains uncontained and has entered into and continues to enter into the waters of the State of Louisiana, including Lafourche Parish, and the waters of he Gulf of Mexico, causing the unlawful killing, catching, taking, possessing or injuring of fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title within the Parish of Lafourche.

10.

The oil spill was caused by Defendants' violations of the Title, and/or regulations adopted pursuant to this Title and/or federal and state statutes and regulations governing wildlife, as well as applicable statues, regulations, and permit conditions governing the exploration and production of minerals and the containment, removal and remediation of pollutants and contaminants in the event of a discharge or release.

11.

Defendants at all times material herein owned the contents of the oil spill and/or caused the oil spill which continues to date to inflict death and injury to the fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in the Parish of Lafourche, State of Louisiana.

12.

As a result of the spill, the Defendants have unlawfully killed, and/or injured fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title within the Parish of Lafourche, State of Louisiana.

13.

The Defendants are liable jointly, severally, and in solido to the State for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured, plus attorney fees and costs of these proceedings pursuant to La. R.S. 56:40.1, et seq.

14.

Plaintiff asserts only those causes of action specifically pled in this petition, and which have occurred within the Parish of Lafourche, State of Louisiana, which causes of action arise solely under the provisions of La. R.S. 56:40.1 et seq. Notwithstanding any language in this petition to the contrary, Plaintiff does not plead, and will never at any time in the future plead, any claim or cause

of action arising under any federal law, and asserts no such claims or cause of action herein. To the extent any state law claims expressed or implied in this petition are deemed preempted by federal law, such claims are not alleged herein.

### PRAYER OF RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants, jointly, severally and in solido, as follows:

a. In a sum equal to the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully, killed, caught, taken, possessed, or injured as determined in accordance with La.R.S. 56:40.2;

b. Pre-judgment and post-judgment interest at the maximum rate allowable by law;

c. Attorney's fees and costs of litigation pursuant to La.R.S. 56:40.3; and

d. Such other and further relief available in the premises.

Respectfully submitted:

CAMILLE A. "CAM" MORVANT II (LA Bar No. 01496)
DISTRICT ATTORNEY, PARISH OF LAFOURCHE,
STATE OF LOUISIANA
103 Maronge Street, Suite A
Thibodeaux, Louisiana 70301
Phone: 985-446-5810

And

WALTER J. LEGER, JR. (LA Bar No.8278)
FRANKLIN G. SHAW (LA Bar No.1594)
CHRISTINE SEVIN (LA Bar No.32683)
LEGER & SHAW
600 Carondelet St., Ninth Floor
New Orleans, LA 70130
Phone: 504-588-9043

SPECIAL COUNSEL TO THE DISTRICT ATTORNEY,
PARISH OF LAFOURCHE

Please serve:
1. BP Exploration and Production, Inc.
through its registered agent
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

2. B.P., P.L.C.
1 St. James Square
London AW1Y 4PD, United Kingdom

3. BP Products North America, Inc.
through its registered agent
Prentice-Hall Corporation System, Inc.
320 Somerulos St.
Baton Rouge, LA 70802-6129

4. B.P. America, Inc.
through its registered agent
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

**FILED**
JUN 15 2010
Rita B Champagne
CLERK OF COURT

-4-

JUDGE'S SUPPLEMENTAL COMPENSATION FUND

INDIVIDUAL REPORT SHEET

ACT 63 OF 1985

DATE _6/15/10_ AMOUNT TO BE COLLECTED $ _21.50_

CIVIL SUIT NO. _115280_

PROBATE NO: _____

ADOPTION NO. _____

EXEMPT:   YES _____

NO _✓_

TYPE OF DOCUMENT FILED: NEW PROCEEDING _Damages_

OTHER:
(IDENTIFY BY NUMBER) _____

OTHER DOCUEMENTS:-------
1. RECONVENTIONAL DEMAND OR CROSS CLAIM
2. INTERVENTION
3. THIRD PARTY DEMAND
4. SUIT FOR DEFICIENCY JUDGMENT FILED IN ORIGINAL SUIT
5. SUIT FOR PARTITION FOLLOWING RENDITION OF A JUDG. OF SEPARATION/DIVORCE
6. SUIT FOR DIVORCE FILED IN ORIGINAL SEPARATION SUIT
7. OTHER (PLEASE STATE NAME OF DOCUMENT)

MONTHLY REPORT & CHECK GOES TO: JUDGE'S SUPPLEMENTAL COMPENSATION
FUND C/O STATE TREASURER'S OFFICE
P.O. BOX 44154
BATON ROUGE, LA 70804-4154

COPY OF MONTHLY REPORT GOES TO:   MR. EUGENE J. MURRET
JUDICIAL ADMINISTRATOR
LOUISIANA SUPREME COURT
ROOM 109, 301 LOYOLA AVENUE
NEW ORLEANS, LA 70112-1887

COMPUTER CODE:   52

ORIGINAL OF THIS REPORT TO BE FILED IN RECORD AND COPY OF THIS REPORT TO BE PUT IN MONTHLY FOLDER.

FILED
JUN 15 2010
_[signature]_
CLERK OF COURT