UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STATE OF LOUISIANA | * | CIVIL ACTION NO. 10-1057 |
| | * | |
| VERSUS | * | SECTION:   "N "(4) |
| | * | |
| BP EXPLORATION & PRODUCTION INC., et als | * | JUDGE: KURT ENGLEHART |

\*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF RELATED CASES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, State of Louisiana, through the District Attorney for the 17th Judicial District Court, Parish of Lafourche, State of Louisiana, for the purpose of notifying this Honorable Court of the existence of related cases, more particularly three cases all entitled, "State of Louisiana v. BP Exploration & Production, Inc., et als.," bearing Civil Action Numbers 10-1758, 10-1759, and 10-1760, all of which have been transferred to Section "J"; on further suggesting that these are similar cases brought against the same defendants in three separate state courts and removed by defendants to this Court; and that defendants, on filing the Removal in this action filed the Civil Cover Sheet attempting to notify this

Court of related actions, by referencing but failing to attach as "Exhibit 1" a document listing numerous related cases. See Exhibit "A". In Civil Action No. 10-1758, "Exhibit 1" is attached and identifies related cases, including but not limited to "In Re: DEEPWATER HORIZON," Civil Action No. 10-1156, Section "J". See Civil Cover Sheet, attached hereto as Exhibit "B".

Dated: July 13, 2010    Respectfully Submitted:

CAMILLE A. "CAM" MORVANT II (LA Bar No. 01496)
**DISTRICT ATTORNEY, PARISH OF LAFOURCHE, STATE OF LOUISIANA**
103 Maronge Street, Suite A
Thibodeaux, Louisiana 70301
Phone:  985-446-5810

And

_____/S/ Walter J. Leger, Jr._____
WALTER J. LEGER, JR. (LA Bar No. 8278)
FRANKLIN G. SHAW (LA Bar No. 1594)
CHRISTINE E. SEVIN (LA Bar No. 32683)
**LEGER & SHAW**
600 Carondelet St., Ninth Floor
New Orleans, LA 70130
Phone:  504-588-9043
wleger@legershaw.com

**SPECIAL COUNSEL TO THE DISTRICT ATTORNEY, PARISH OF LAFOURCHE**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2010, a copy of the above and foregoing Motion to Remand and supporting documentation has been served upon all counsel of record in this matter by placing

the same in the U.S. Mail, first class postage prepaid and properly addressed, by facsimile and/or by electronic mail using the CM/ECF.

                                                /S/ Walter J. Leger, Jr.
                                                WALTER J. LEGER, JR.